U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:05-CR-001 (JDR) |
| DEFENDANT | TYPE OF PROCESS |
| TIMOTHY CHARLES CARLSON | WRIT OF GARNISHMENT |

**SERVE** ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1016 W. 6th Ave., Ste. 100, Anchorage, AK 99501 Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

*RECEIVED*
*DEC 0 6 2006*
*CLERK U.S. DISTRICT COURT*
*ANCHORAGE, ALASKA*

| Signature of Attorney or other Originator requesting service on behalf of: Richard L. Pomeroy, A.U.S.A. | ☑ PLAINTIFF XX ☐ DEFENDANT | TELEPHONE NUMBER (907) 271-5071 | DATE 5-10-06 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 5/30/06 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Cat | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service 5/30/06 | Time 4:00 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:
Received check for $1104.96
Holding original writ

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA        )
                                )
            Plaintiff,          )
                                )
vs.                             )
                                )       Case No. 4:05-CR-001
TIMOTHY CHARLES CARLSON,        )
                                )
            Defendant,          )
_____)
```

### U.S. MARSHALS RETURN ON WRIT OF EXECUTION

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **May 30, 2006,** by Deputy U.S. Marshal **Troy Meeks** and that on **December 4, 2006** this office did receive a State of Alaska Treasury Warrant Check No. **57672605** made payable to the Clerk of Court in the amount of **$1,104.96**.

I hereby return said check to the U.S. District Court **partially** satisfying this Writ of Execution, dated this _____ day of **December, 2006** at Anchorage, Alaska.


RANDY M. JOHNSON
United States Marshal
District of Alaska

By:    _____
       Deputy U.S. Marshal

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

To: State of Alaska
     Department of Revenue
     Permanent Fund Dividend Division

From: United States Marshals
     222 W. 7th Avenue, #28
     Anchorage, AK 99513-7504
     Phone (907) 271-5154

| *- For PFD Division Use Only -* |
| :---: |
| *PFD Server Code* |
| **G0137** |
| Location_____ |
| Priority_____ |

_____ Check here if you are adding or correcting information from a previously submitted notice of levy.  Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:**  F05-001 CR (JDR)
**Criminal Fine or Restitution  (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:**  TIMOTHY CHARLES CARLSON

**AKA or Alias:**

**Social Security Number:**

**Date of Birth:**


**Amount of Writ**  $5,368.99

**Service Fee**  $

**Interest to October 15**  $

**Total Due**  $5,368.99

Service Agent

| Signature *J. J. Meeks* | Date *5/28/06* |
| :--- | :--- |
| Printed Name *Troy L. Meeks* | Title *DUSM* |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

Not Negotiable - See important tax information on the back of this form
Case 4:05-cr-00001-JDR   Document 14   Filed 12/06/2006   Page 4 of 5
521324075

**1099-MISC**

**Payer's Name:** State of Alaska
**Federal Identification Number:**

Case Id: F051CRJDR
Applicant's Name:
CARLSON, TIMOTHY C

| Warrant Issue Date: 11/14/2006 | Warrant Amount . . . . . . . . . . . . . . . . . . . . . . . . $1104.96 |
|---|---|
| | CLERK OF COURT |
| | 222 W 7TH AVE #28 |
| PFD ALN: 06291232 | ANCHORAGE AK 99513 |

| Funding for PFD dividends comes from: | | The Total Gross Dividend has been reduced for: | |
|---|---|---|---|
| • Permanent Fund earnings: | | • Medical and Public Assistance hold | |
| Constitutional dedication of funds | $400.13 | harmless provisions of AS 43.23.075 | -$21.39 |
| Legislative action: | | • Legislative appropriation of convicted | |
| Statutory inflation proofing | 434.42 | and incarcerated felon and misdemeanant | |
| Special legislative appropriations | 308.67 | dividends | -13.95 |
| • Reimbursements to the Dividend Fund | 0.09 | • Dividend program administrative costs | -11.13 |
| • Unexpended prior year Dividend Funds | 12.93 | • Prior year dividend obligations | -2.81 |
| **Total Gross Dividend** | **$1156.24** | **Net Dividend** | **$1106.96** |

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:

- sentenced as a result of a felony conviction,
- incarcerated as a result of a felony conviction, or
- incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

Total funds that would have been paid as 2005 dividends to individuals not eligible under this provision were $8,406,009.

The legislative purpose for making these individuals not eligible to receive a dividend is to:

- obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
- provide funds for services for and payments to crime victims, and for grants for the operation of domestic violence and sexual assault programs.

Total funds appropriated for FY 2007 under this purpose are:

| • Department of Corrections | $4,552,400 |
|---|---|
| • Council on Domestic Violence and Sexual Assault | 2,777,500 |
| • Violent Crimes Compensation Board | 782,400 |
| • Office of Victims' Rights | 293,700 |
| **Total appropriations** | **$8,406,000** |

Dividend Information Offices - Anchorage (907) 269-0370 / Fairbanks (907) 451-2820 / Juneau (907) 465-2326 / Inside Alaska 1-800-733-8813

# UNITED STATES
# DISTRICT COURT
### District of Alaska
### Anchorage Division

## # 00129481 — PS
## December 6, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 604700-R F0-5-1 | | | 1,104.96 CK |

## TOTAL→        1,104.96

FROM: STATE OF ALASKA RE: PFD
FOR: TIMOTHY C. CARLSON
4:05-CR-00001 JDR