# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>TIMOTHY CHARLES CARLSON,<br><br>    Defendant. | 4-05-cr-00001-JDR<br><br>**ORDER<br>GRANTING MOTION TO<br>RELEASE FUNDS**<br><br>(Docket No. 15) |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,104.96, shall be released from the Registry by the Clerk of court and deposited into U.S. Treasury Account "0010-504100", as payment toward Defendant's criminal fine.

IT IS SO ORDERED.

DATED this 9th day of April, 2007, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge