Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date



UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V                                    Case No. F05-001 CR (JDR)

Timothy Carlson

    On May 27, 2005, the above-named was placed on probation for a period of five years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. The defendant has paid all fines and court costs in full, has maintained a stable residence, and maintained employment. It is accordingly recommended that Timothy Carlson be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE                    -15-07
_____    _____
Travis Lyons                          Date
U.S. Probation/Pretrial Services Officer

_____
Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 15th day of August, 2007.

REDACTED SIGNATURE
_____
John D. Roberts
U.S. Magistrate Judge

